**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 11, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00079-CV

---

### IN RE JEFFREY K. BROOKS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**434th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 13-DCV-210430**

---

## MEMORANDUM OPINION

On January 23, 2014, relator Jeffrey K. Brooks filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Dianne Wilson, County Clerk of Fort Bend County, "to take some action" on his petition filed in the district court, challenging the Texas Department of Criminal Justice's disciplinary decision.

This Court's mandamus jurisdiction is governed by Section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or a county court judge in the court of appeals' district, and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. The County Clerk of Fort Bend County is not a district court or county court judge in this Court's district, and relator has not shown that the issuance of a writ compelling the requested relief is necessary to enforce this Court's appellate jurisdiction. Therefore, we do not have jurisdiction to issue a writ of mandamus against the respondent.

Accordingly, relator's petition for writ of mandamus is ordered dismissed for lack of jurisdiction.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jamison and Wise.